# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Constance J. Statz,            Civil No. 09-3661 (RHK/RLE)

           Plaintiff,            **ORDER**

vs.

Hartford Life and Accident Insurance Co.,
Continental Casualty Company,

           Defendants.

---

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 4, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge