## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Constance J. Statz,                           Civil No. 09-3661 (RHK/LIB)

           Plaintiff,            **ORDER FOR DISMISSAL**

v.

Hartford Life and Accident Insurance Co.,
Continental Casualty Company.

           Defendants.

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and without costs and disbursements any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 16, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge